# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST JOSEPH DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KATELYN WILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-06141-CV-SJ-RK |
| ) | |
| BRETT STILES, LM GENERAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

___  Jury Verdict.   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant LM General Insurance's motion to dismiss the first-amended complaint and supplemental motion to dismiss are GRANTED to the extent the assignment agreement is void as violating Missouri public policy regarding the prohibited assignment of personal injury claims, and the first-amended complaint is therefore DISMISSED without prejudice.  It is further

**ORDERED** that

Plaintiff's motion to file a Second Amended Complaint is hereby DENIED.


|  May 29, 2025  | Paige Wymore-Wynn |
|---|---|
| Date | Clerk |

Entered on   May 29, 2025           /s/ Christy Anderson
                                                         (By) Deputy Clerk